# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CHARLES W. WALSH, III AND LAURA BLAU AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION | : No. 31 EM 2019 <br> : <br> : <br> : <br> : |
| v. | : <br> : <br> : |
| TERESA F. ISABELLA AND 325 S. 18TH STREET, LLC | : <br> : <br> : <br> : |
| PETITION OF: 325 S. 18TH STREET, LLC | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2019, the Application for the Exercise of Extraordinary Jurisdiction and King's Bench Power is DENIED, and the Application to Withdraw as Counsel is DISMISSED AS MOOT.